IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN JONES, | ) | CASE NO. 1:19-cv-01275 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF'S MOTION TO LIFT** |
| CITY OF CLEVELAND, | ) | **STAY** |
| | ) | |
| Defendant. | | |

Plaintiff, Kevin Jones, by and through undersigned counsel, moves this Honorable Court to lift the stay of proceedings in this matter as Jones has received a Right to Sue Letter with respect to his Second EEOC Charge, as raised in ¶¶ 11, 16-18 of his Complaint. The EEOC issued the Right to Sue Letter on August 28, 2019. As Jones has received a Right to Sue Letter with respect to his Second EEOC Charge, he may now pursue the federal law claims associated with that charge of discrimination. Wherefore, Jones requests that the stay be lifted in this matter. Jones intends to file an Amended Complaint within 90 days of August 28, 2019.

Respectfully submitted,

/s/*Daniel S. Dubow*
Brian D. Spitz (0068816)
Daniel S. Dubow (0095530)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:   (216) 291-5744
Email:  brian.spitz@spitzlawfirm.com
        daniel.dubow@spitzlawfirm.com

*Attorneys for Plaintiff Kevin Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, a copy of the foregoing was filed via the Court's electronic filing system and made available to all parties in this matter.

/s/*Daniel S. Dubow*
Brian D. Spitz (0068816)
Daniel S. Dubow (0095530)
**THE SPITZ LAW FIRM, LLC**